

# NUMBER 13-25-00403-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JUAN SANCHEZ,**                                                    **Appellant,**

**v.**

**TELLUS EQUIPMENT**
**SOLUTIONS, LLC,**                                                  **Appellee.**

---

## ON APPEAL FROM THE 332ND DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice West**

On August 4, 2025, appellant filed a notice of appeal. On August 12, 2025, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On August 27, 2025, the Clerk of the Court notified appellant he was delinquent in remitting the $205.00 filing fee. The Clerk of the Court further notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten

days of the notice. *See* TEX. R. APP. P. 42.3 (b), (c). Furthermore, on August 28, 2025, the Clerk of the Court notified appellant that he had failed to file a docketing statement, as previously requested.

Appellant has not paid the filing fee nor otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JON WEST
Justice

Delivered and filed on the
16th day of October, 2025.

2